**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Larry Joe Clowers Jr. v. Kathleen Ann Dawson

Appellate case number:   01-22-00173-CV

Trial court case number:  2018-84453

Trial court:                     189th District Court of Harris County

On April 15, 2022, Appellant, Larry Joe Clowers Jr., filed a "First Unopposed Motion for Extension of Time to Make Arrangements to Pay for the Reporter's Record Until After Mediation." The motion is **granted**. The deadline for Appellant to notify the Court of payment or of payment arrangements for the reporter's record is **June 10, 2022.**

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                                    Acting individually

Date: <u>April 26, 2022</u>